

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00250-CV

**IN THE INTEREST OF K.K.R.**, a Child

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-06-26606-MCV
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee recover his costs of this appeal from appellant.

SIGNED February 6, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice